IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-3002 |
| | ) | |
| ESTATE OF ARTHUR D. BECKER; HELEN ELLIOTT; BARBARA M. BECKER, EXECUTOR OF ARTHUR D. BECKER'S ESTATE; PAT BECKER; ADA MASON; CONNIE HOBBS; BETTY HAVILAND; TERESA BECKER; UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF ARTHUR D. BECKER, DECEASED; AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OPINION

The Court now considers the United States' Motion Vacate Judgment and Dismiss Case (Motion). See d/e 31.

## FACTS & ANALYSIS

On July 14, 2010, the Court entered Judgment of Foreclosure. See d/e 27. Final judgment was entered against the Defendants that same day. See

1

d/e 28.

The Government's Motion advises the Court that Defendants fully satisfied the foreclosure's underlying debt on December 3, 2010. Id. at p. 1. Thus, pursuant to Federal Rule of Civil Procedure 60(b)(5), the Government moves the Court to vacate Judgment and dismiss the case. The Government's Motion is unopposed.

Rule 60(b)(5) allows the Court to issue relief from final judgment if a judgment has been satisfied. Id. Because the Government informs the Court that the July 14, 2010, Judgment was satisfied via the December 3, 2010, payment, relief from judgment is appropriate.

## CONCLUSION

THEREFORE, the United States' Motion to Vacate Judgment and Dismiss Case (d/e 31) is ALLOWED. This case is CLOSED.

ENTERED this 18th day of January, 2011

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE

2